**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** 09-177 |
| | ) | J Caputo |
| **v.** | ) | |
| | ) | |
| **JOHN LASOTA and** | ) | |
| **LAURA LASOTA** | ) | |

FILED
HARRISBURG, PA
JUN - 2 2009
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

**INFORMATION**

**COUNT I**

**THE UNITED STATES OF AMERICA CHARGES THAT:**

1. Beginning on or about 2007 and continuing up through on or about 2008, in Dauphin County, within the Middle District of Pennsylvania and elsewhere, the defendants-

**JOHN LASOTA and LAURA LASOTA**

did knowingly combine, conspire, confederate and agree together to violate the laws of the United States by :

A. Fraudulently receiving educational funds, assets, and property provided and insured by the United States Department of Education pursuant to chapter 28, of Title 20, United States Code, and chapter 34, of Title 42, United States Code, and knowingly and willfully obtaining educational funds, assets and benefits

by fraud, and false statements; and

B. Knowingly making false statements in applications for loans from federally insured financial institutions, in violation of Title 18, United Stats Code, Section 1014.

2. It was a part of this conspiracy that the defendants would apply for federal student loan benefits and student loans from private but federally insured lenders while falsifying their employment histories and college academic records.

3. In furtherance of this conspiracy and to affect the objects of the conspiracy **JOHN LASOTA** committed the following overt acts among others:

A. On or about October 17, 2007, **JOHN LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

B. On or about November 13, 2007, **JOHN LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

C. On or about January 14, 2008, **JOHN LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

D. On or about February 11, 2008, **JOHN LASOTA** submitted a false student loan forbearance form which falsely stated that **LASOTA** was enrolled in college.

E. On or about July 22, 2008, **JOHN LASOTA** submitted a false student

loan application which falsely stated that **LASOTA** was enrolled in college.

F. On or about August 18, 2008, **JOHN LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

G. On or about October 3, 2008, **JOHN LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was both employed and enrolled in college.

4. In furtherance of this conspiracy and to affect the objects of the conspiracy **LAURA LASOTA** committed the following overt acts among others:

A. On or about February 2, 2008, **LAURA LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

B. On or about June 11, 2008, **LAURA LASOTA** submitted a false student loan alternate repayment option form which falsely stated that **LASOTA** was not employed in order to avoid loan repayments.

C. On or about June 12, 2008, **LAURA LASOTA** submitted a false student loan forbearance form which falsely stated that **LASOTA** was not employed in order to avoid loan repayments.

D. On or about June 27, 20008, **LAURA LASOTA** submitted a false student loan forbearance form which falsely stated that **LASOTA** was not employed in order to avoid loan repayments.

E. On or about July 22, 2008, **LAURA LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

F. On or about September 2, 2008, **LAURA LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

G. On or about October 3, 2008, **LAURA LASOTA** submitted a false student loan application which falsely stated that **LASOTA** was enrolled in college.

All in violation of Title 18, United States Code, Section 371.

Martin C. Carlson

**MARTIN C. CARLSON**
**United States Attorney**

**DATE**